# WASSERMAN, JURISTA & STOLZ
## ATTORNEYS AT LAW



**A PROFESSIONAL CORPORATION**

ROBERT B. WASSERMAN
STEVEN Z. JURISTA
DANIEL M. STOLZ
LEONARD C. WALCZYK
SCOTT S. REVER**
DONALD W. CLARKE+
°°ALSO MEMBER OF PA BAR
+ ALSO MEMBER OF NY BAR

225 MILLBURN AVENUE - SUITE 207
P.O. BOX 1029
MILLBURN, N.J. 07041

www.WJSLAW.com

TEL (973) 467-2700
FAX (973) 467-8126

OF COUNSEL

STUART M. BROWN
KENNETH L. MOSKOWITZ+
NORMAN D. KALLEN
KEITH E. MARLOWE+

EMAIL: DCLARKE@WJSLAW.COM

January 22, 2015

*VIA ECF*
Honorable Novalyn L. Winfield
United States Bankruptcy Court
50 Walnut Street, 3rd Fl., Room 3D
PO Box 1352
Newark, New Jersey 07102

    **In re: Liberty Harbor Holding, LLC**
    **Case No.: 12-19958(NLW)**

    **-Hearing on Confirmation of Plan of Reorganization-**
    **NEW Date: February 24, 2015 at 10:00 a.m.**

Dear Judge Winfield:

    This letter confirms that the Confirmation of the Debtors' Plan of Reorganization has been moved to **February 24, 2015 at 10:00 a.m.**

    We thank the Court for its consideration of the within request.

                          Respectfully yours,
                           **WASSERMAN, JURISTA & STOLZ, PC**

                           */s/Donald W. Clarke*

                         **DONALD W. CLARKE**